IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RIMSYS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:23-cv-01630-CRE |
| | ) | |
| v. | ) | |
| | ) | |
| KAREN COHN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2023, upon consideration of Plaintiff's Motion for Expedited Hearing, it is hereby ORDERED that Plaintiff's Motion is **GRANTED** and a hearing on this matter is set for _____, 2023, at _____ a.m./p.m. in Courtroom _____.

BY THE COURT:

_____ J.

4860-0919-6926, v. 2