IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RIMSYS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 23-1630 |
| KAREN COHN, | ) |
| Defendant. | ) |

**ORDER OF COURT**

AND NOW, this 15th day of September, 2023, upon consideration of Plaintiff's Motion to Expedite Discovery (Docket No. 6), IT IS HEREBY ORDERED that Plaintiff's Motion is **GRANTED.**

IT IS FURTHER ORDERED that, within ten (10) days of service of this Order, Defendant shall serve responses to Plaintiff's First Set of Interrogatories Directed to Defendant and First Set of Requests for Production of Documents, Electronically Stored Information, and Things Directed to Defendant, and shall produce all such documents by delivering copies to the offices of Meyer, Unkovic & Scott LLP.

IT IS FURTHER ORDERED that Defendant shall appear for deposition at a date and time mutually agreed upon by counsel for the parties, or by further Order of Court.

IT IS FURTHER ORDERED that Defendant shall serve on Plaintiff any necessary discovery requests to adequately prepare for an injunction hearing within five (5) days from the date of this Order, and that Plaintiff shall respond within ten (10) days of service of those requests.

*s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf:  All counsel of record