IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RIMSYS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 23-1630 |
| KAREN COHN, | ) |
| Defendant. | ) |

**ORDER OF COURT**

AND NOW, this 15th day of September, 2023, upon consideration of Plaintiff's Motion for Order of Court Directing Preservation of Documents, Electronically Stored Information, and Things (Docket No. 8), IT IS HEREBY ORDERED that Plaintiff's Motion is **GRANTED.**

IT IS FURTHER ORDERED that Defendant, all other persons or entities within their control or supervision, and all other persons or entities acting in concert with her or participating with her, are hereby directed to preserve, maintain, and protect in their present state from destruction, modification, or alteration, each and every document, electronically stored information, and thing related to the claims set forth in the Verified Complaint, including, without limitation, those requested in Plaintiff's First Set of Requests for Production of Documents Directed to Defendant that are in Defendant's possession, custody or control, pending completion of this action or until further Order of Court.

*s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf:  All counsel of record