IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RIMSYS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:23-cv-01630 |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| KAREN COHN, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF COURT**

AND NOW, this _____ day of _____, 2023, upon consideration of the Joint Motion for Protective Order (the "Motion") filed by counsel for the Parties, it is hereby ORDERED, that said Motion is GRANTED and the Protective Order attached to the Motion as Exhibit A is approved.

BY THE COURT:


_____, J.
W. Scott Hardy
United States District Judge