**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RIMSYS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.  2:23-cv-01630-WSH |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| KAREN COHN, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING LEAVE TO FILE**
**CERTAIN DOCUMENTS UNDER SEAL**

**AND NOW,** this _____ day of _____, 2023, upon consideration of the

Parties' Joint Motion for Leave to File Under Seal Joint Status Report, said Motion is hereby

**GRANTED**.  The Parties may file under seal an unredacted version of their Joint Status Report

and any supporting exhibits.  No redacted versions shall be filed.

**IT IS SO ORDERED.**

BY THE COURT:


_____
W. Scott Hardy, District Judge