# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RIMSYS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.  2:23-cv-01630-WSH |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| KAREN COHN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING LEAVE TO FILE
## CERTAIN DOCUMENTS UNDER SEAL

**AND NOW,** this  28th  day of      September     , 2023, upon consideration of the Parties' Joint Motion for Leave to File Under Seal Joint Status Report, said Motion is hereby **GRANTED**.  The Parties may file under seal an unredacted version of their Joint Status Report and any supporting exhibits.  No redacted versions shall be filed.

This Order may be vacated and sealing lifted for cause shown upon the motion of any party or other person with a recognized interest, or after due notice by the Court upon the Court's own motion.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ W. Scott Hardy
　　　　　　　　　　　　　　　　　　　　　　　　　　W. Scott Hardy, District Judge