IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RIMSYS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 23-1630 |
| | ) | |
| KAREN COHN, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER REFERRING CASE TO ALTERNATIVE DISPUTE RESOLUTION**

After due consideration of the issues and in consultation with the parties, the Court finds that this case is appropriate for referral to an alternative form of dispute resolution as provided by the local rules of this Court.

**IT IS HEREBY ORDERED:**

(a) Referral to ADR: This case is referred to **Mediation**. Sally Cimini, Esq. is appointed to serve as the Neutral. Compensation of the neutral will be apportioned equally between the parties: 50% by Plaintiff and 50% by Defendant but is subject to change. Compensation shall be paid directly to the neutral upon the conclusion of the ADR process. Failure to pay the neutral shall be brought to the attention of the Court.

(b) Conduct of ADR Conference(s): The ADR conference(s) shall be conducted in accordance with Local Rule 16.2 and the Court's ADR Policies and Procedures. A representative of any insurance carrier which may be responsible, in whole or in part, for any portion of the claims alleged and who has full, unilateral settlement authority must attend any ADR proceeding in person if insurance proceeds could cover any portion of a settlement or verdict.

(c) <u>Scheduling ADR Conference(s)</u>: The parties and the neutral have scheduled the Mediation for October 4, 2023.  The ADR conference(s) shall be concluded by October 13, 2023, unless extended by Order of the Court. The ADR conferences may be conducted at any location agreed to by the parties, counsel, and the assigned neutral.  **The report of the Mediator shall be electronically filed with the court within seven (7) days of the date of the Mediation**.

**If the parties are utilizing a private process, the case is still governed by the Court's Local Rules and ADR Policies and Procedures. When private processes are used, it is the responsibility of counsel to ensure that all of the proper forms are timely submitted and filed, as required by Policies and Procedures.**

The parties are hereby notified that any individual neutral (Court approved or private) is required to become a registered user of the Electronic Case Filing System (ECF) in the United States District Court for the Western District of Pennsylvania. Counsel shall so notify their agreed upon neutral and refer them to the Court's website at [www.pawd.uscourts.gov](www.pawd.uscourts.gov) for user registration forms. Counsel shall confirm to the Court that the selected neutral has completed the process.

Nothing in this Order alters the Case Management Order previously entered in this case. All deadlines set forth in that Case Management Order remain in full force and effect.

**SO ORDERED** this 28th day of September 2023.

<pre>
                                        /s/ <i>W. Scott Hardy</i>
                                        W. Scott Hardy
                                        United States District Judge
</pre>

cc/ecf:  All Counsel of Record