IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RIMSYS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:23-cv-01630-WSH |
| | ) | |
| v. | ) | |
| | ) | |
| KAREN COHN, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER ON MOTION TO EXTEND TEMPORARY RESTRAINING ORDER

**AND NOW**, this _____ day of _____, 2023, at _____ a.m./p.m., upon consideration of Plaintiff Rimsys, Inc.'s ("Rimsys"), Motion to Extend Temporary Restraining Order, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED.**

The Temporary Restraining Order is hereby **EXTENDED** for a like period and shall expire on October 13, 2023, at 10:59 a.m. In all other respects, the terms of this Court's September 15, 2023, Order (ECF No. 18) shall remain in full force and effect through October 13, 2023.

BY THE COURT:

_____
W. Scott Hardy
United States District Judge