IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RIMSYS, INC., | ) |
|     Plaintiff, | ) ) ) |
| v. | )   Civil Action No. 23-1630 |
| KAREN COHN, | ) ) ) |
|     Defendant. | ) ) |

## ORDER OF COURT

AND NOW, this 29th day of September, 2023, in light of Plaintiff Rimsys, Inc.'s Motion for Temporary Restraining Order and Preliminary Injunction, supporting brief, and Declaration Regarding Service (Docket Nos. 4, 5, and 13); Plaintiff's Proposed Findings of Fact and Conclusions of Law (Docket No. 12); the Telephonic Conference held with counsel on September 12, 2023 (Docket No. 11); the Court's Memorandum and Order of Court (Docket No. 18 ("Memorandum and Order of Court")), entered on September 15, 2023; the Joint Status Report filed under seal by the parties on September 28, 2023 (Docket No. 32); and Plaintiff's Motion to Extend Temporary Restraining Order (Docket No. 33 ("Motion to Extend")) and Defendant's Opposition (Docket No. 34), both filed on September 28, 2023, and for good cause shown, IT IS HEREBY ORDERED that Plaintiff's Motion to Extend is GRANTED.

IT IS FURTHER ORDERED that:

1. The Court's Memorandum and Order of Court (Docket No. 18), as amended herein, shall remain in effect until October 13, 2023, at 10:59 a.m., during which time the parties will continue attempting to resolve the matter by way of mediation and otherwise. This temporary restraining order is being extended for good cause shown,

including the following reasons: because expedited discovery in support of and in opposition to Plaintiff's motion for preliminary injunction is moving apace though currently incomplete; because Plaintiff has demonstrated a likelihood of success on the merits and that irreparable harm will result if the TRO is not extended; and because there has been no material change in the parties' circumstances, and extending the TRO by fourteen days will not result in irreparable harm to Defendant, whose employer has maintained her employment and pay while she has been enjoined temporarily from working.

2. The parties shall confer and, by **4:00 p.m. on October 3, 2023**, shall jointly file a supplemental status report proposing a schedule for filing the following items: Plaintiff's supplemental proposed findings of fact and conclusions of law, and any supplemental memorandum of law in support of its motion for preliminary injunction; and Defendant's proposed findings of fact and conclusions of law, and any memorandum of law in opposition to Plaintiff's motion for preliminary injunction. Such filings shall conform to Federal Rule of Civil Procedure 65 and the undersigned's Practice and Procedures addressing injunctions and temporary restraining orders (available at https://www.pawd.uscourts.gov/sites/pawd/files/Practices_Procedures_Judge_Hardy_10_21.pdf).

                                                *s/ W. Scott Hardy*
                                                W. Scott Hardy
                                                United States District Judge

cc/ecf:  All counsel of record