IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RIMSYS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:23-cv-01630 |
| | ) | |
| v. | ) | |
| | ) | |
| KAREN COHN, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR RELEASE OF BOND

Plaintiff Rimsys, Inc. ("Rimsys"), by its undersigned counsel, files the within Motion for Release of Bond, and in support thereof states as follows:

1. Rimsys commenced this action by filing a Verified Complaint against Defendant Karen Cohn ("Cohn") on September 11, 2023. *See* ECF 1.

2. On that same date, Rimsys also filed a Motion for Temporary Restraining Order and Preliminary Injunction (the "Motion"). *See* ECF 4.

3. On September 15, 2023, this Court entered an Order granting the Motion and imposing a temporary restraining order against Cohn for an initial 14-day period through September 29, 2023. *See* ECF 18.

4. Pursuant to this Court's September 15, 2023, Order, Rimsys was required to post a bond in the amount of $120,000.00 (the "Bond") as security for the issuance of the temporary restraining order. *See* ECF 18.

5. Rimsys posted the Bond with the Clerk of Court on September 20, 2023, which was immediately deposited into the Court Registry. *See* ECF 22.

6. On October 4, 2023, the parties resolved this matter and, as a result, the Bond is no longer required.

7. Cohn consents to releasing the Bond.

WHEREFORE, Rimsys requests that this Honorable Court enter the attached order directing the Clerk of Court to release the Bond posted on September 20, 2023.

                                                MEYER, UNKOVIC & SCOTT LLP

                                                By: _/s/ Antoinette C. Oliver_
                                                     Antoinette C. Oliver
                                                     aco@muslaw.com
                                                   Justin D. Beck
                                                   jdb@muslaw.com
                                                 535 Smithfield Street, Suite 1300
                                                 Pittsburgh, PA 15222

                                               *ATTORNEYS FOR PLAINTIFF*
                                               *RIMSYS, INC.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 5, 2023, the foregoing **MOTION FOR RELEASE OF BOND** was electronically filed and served by use of the Court's ECF system.

*/s/Antoinette C. Oliver*
Antoinette C. Oliver