IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RIMSYS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:23-cv-01630 |
| | ) | |
| v. | ) | |
| | ) | |
| KAREN COHN, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF COURT**

AND NOW, this  6th  day of October, 2023, after consideration of Plaintiff Rimsys, Inc.'s, Motion for Release of Bond and finding that good cause exists, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Motion is hereby **GRANTED.**

IT IS FURTHER ORDERED that the Clerk of Court is hereby directed to release the TRO bond posted by Plaintiff Rimsys, Inc., on September 20, 2023, in the amount of $120,000.00. A check shall then be made payable to **Rimsys, Inc.** and mailed directly to:

Rimsys, Inc.
c/o James Gianoutsos
100 S. Commons, Suite 102
Pittsburgh, PA 15212

BY THE COURT:

s/ W. Scott Hardy
_____
W. Scott Hardy
United States District Judge