# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RIMSYS, INC., | ) | |
| Plaintiff, | ) ) ) | Civil Action No. 2:23-cv-01630-WSH |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| KAREN COHN, | ) ) | |
| Defendant. | ) ) | |

## ORDER GRANTING LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL

**AND NOW,** this _____ day of _____, 2023, upon consideration of the Parties' Joint Motion for Leave to File Under Seal Joint Motion for Entry of Joint Stipulation of Dismissal and Consent Order, said Motion is hereby **GRANTED**. The Parties may file under seal an unredacted version of their Joint Motion for Entry of Joint Stipulation of Dismissal and Consent Order and any supporting exhibits. No redacted versions shall be filed.

**IT IS SO ORDERED.**

BY THE COURT:

_____
W. Scott Hardy, District Judge